# United States District Court
## Violation Notice

CS-5

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7772468 | TUNGATE | 0445 |

7772468

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☑ USC ☐ State Code |
|---|---|
| 06/28/2020 1638 | TITLE 18 USC 13 |

Place of Offense

KELSO RD. SAN DIEGO, CA 92145

Offense Description: Factual Basis for Charge    HAZMAT ☐

CVC 12500(a) UNLICENSED DRIVER

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| TAYLOR | TARANISHA | C |

Street Address

[REDACTED]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| B808891 | AZ | 12 | DODGE/AVE | | RED |

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address    Date (mm/dd/yyyy)

Time (hh:mm)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 09/2015)    Original - CVB Copy

CVB SCAN 08/25/2020 16:29

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on JUNE 28, 2020 while exercising my duties as a law enforcement officer in the SOUTHERN District of CALIFORNIA

RAN A DMV RECORDS CHECK ON TARANISHA TAYLOR, WHICH CONCLUDED SHE WAS UNLICENSED. REFERENCE DISTRICT COURT VIOLATION NOTICE # 7772469. - END OF STATEMENT -

The foregoing statement is based upon:
☑ my personal observation    ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/28/2020    [signature]
           Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
           Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident